**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY DUBOIS,

                      Plaintiff,

    -against-                                      16 **CIVIL** 7771 (NSR)

## JUDGMENT

CITY OF WHITE PLAINS; DETECTIVE JIM
TASSONE, Individually and in His Official
Capacity as a Police Officer Employed by the City
of White Plains; POLICE OFFICER JAHMAR
CUNNINGHAM, Individually and in His Official
Capacity as a Police Officer Employed by the
City of White Plains,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 8, 2023, Defendant Tassone's motion for reconsideration is GRANTED. All of Plaintiff's claims against Defendant Tassone are dismissed with prejudice. Pursuant to the Second Circuit's Summary Order, this Court also dismisses with prejudice all claims asserted against Defendant Cunningham. Judgment is entered in favor of Defendants Tassone and Cunningham; accordingly, the case is closed.

**Dated:**  New York, New York
       May 9, 2023

                                                                **RUBY J. KRAJICK**

                                                                _____
                                                                    **Clerk of Court**

                                       **BY:**      *K. Mango*

                                                                _____
                                                                  **Deputy Clerk**